UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Merel Evans Bishop, | File No. 19-cv-00794 (ECT/KMM) |
| Plaintiff, | |
| v. | |
| Chad Mesojedec, Karen Dalluge, Jessica Geil, Sandra L. Bryant, Nicole Smith, Jordan Goodman, Ryan Hulke, Stacey Sonnek, and all members of the Spiritual Practices Advisory Committee (SPAC), *in their individual and official capacities*, | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

---

The Court has received the June 13, 2019 Report and Recommendation of United States Magistrate Judge Katherine M. Menendez. ECF No. 4. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Dated: July 9, 2019  s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court